## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHEHAN WIJESINHA, individually and on
behalf of all others similarly situated,

*Plaintiff*,

v.

FAITH AND FREEDOM COALITION, INC.,

*Defendant*.

No. 1:18-cv-24134-CMA

### UNITED STATES' ACKNOWLEDGEMENT OF CONSTITUTIONAL QUESTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO INTERVENE

On November 15, 2018, Faith and Freedom Coalition, Inc., Defendant in the above-captioned action, filed a notice with the Court indicating that it had raised a constitutional challenge to a federal statute, as required by Federal Rule of Civil Procedure 5.1(a).  *See* ECF No. 28 (Rule 5.1 Notice).  The Notice stated that Defendant's Corrected Motion to Dismiss the Complaint, filed on November 14, 2018, "alleges that the [Telephone Consumer Protection Act of 1991, 42 U.S.C. § 227(b)(1)(A)(iii)] violates the First Amendment because the TCPA's ban on telephone calls that either are dialed automatically rather than manually, *id.* § 227(b)(1)(A)(iii) (the 'Autodialer Ban'), or that convey a prerecorded message, *id.* § 227(b)(1)(A)(iii), (B) (the 'Prerecording Ban') are: overinclusive, underinclusive, and not the least restrictive means by which to further government interests." Rule 5.1 Notice at 1; ECF No. 25 (Def. First Mot. to Dismiss).  Plaintiff subsequently amended the Complaint, *see* ECF No. 31 (First Amended Complaint), and Defendant re-filed its Motion to Dismiss.  *See* ECF No. 36 (Def. Mot. to Dismiss).  The new Motion to Dismiss raises the same constitutional challenge to the TCPA.  *See id.* at 9-17.  The Court has not yet certified

1

the constitutional question, as required by Rule 5.1(b) and 28 U.S.C. § 2403.  Pursuant to Rule 5.1(c), the United States' deadline to intervene is currently January 14, 2018.

The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question.  *See* 28 U.S.C. § 2403(a).  The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute.  *See* 28 C.F.R. § 0.21.  The process of obtaining a decision on intervention from the Solicitor General generally takes at least several weeks, and Defendant's Rule 5.1(a) notice only just came to the attention of the office within the Department of Justice responsible for recommending to the Solicitor General whether intervention is warranted.  Counsel for the United States respectfully advises the Court that the United States has not yet decided whether to intervene in this action to defend the constitutionality of § 227(b)(1)(A)(iii); consequently, additional time is needed to permit a decision on intervention.

Accordingly, pursuant to Fed. R. Civ. P. 6(b)(1), counsel for the United States hereby submits this unopposed motion to extend the time period during which the United States may intervene for the limited purpose of defending the constitutionality of the TCPA by an additional sixty days, to and including March 15, 2018.  If the United States intervenes, it will be prepared to file its memorandum in defense of the constitutionality of the statute on that same day.

The United States has not previously sought an extension in this matter.  Undersigned counsel has conferred with counsel for both Plaintiff and Defendant, who advise that neither party opposes this motion.  A proposed order is filed concurrently herewith.

Respectfully submitted this 17th day of December, 2018,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Anjali Motgi*
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Rm. 12308
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for United States of America*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 17, 2018, a copy of the foregoing pleading was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record for all parties.

/s/ Anjali Motgi
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for the United States of America*