UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24134-CIV-ALTONAGA/Goodman

**SHEHAN WIJESINHA**,

    Plaintiff,
v.

**FAITH AND FREEDOM COALITION, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion [ECF No. 42] filed by the United States seeking an extension of time until March 15, 2018 to decide whether to intervene in this case. (*See id.* 2). Neither Plaintiff nor Defendant opposes the Motion. The delay occasioned by the Government's consideration of the intervention question adversely impacts the orderly progress of the case. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 42]** is **GRANTED**. The case is **CLOSED**, and the Order Setting Trial [ECF No. 20] is SET ASIDE pending the United States' decision regarding whether to intervene. Any party may move to reopen this case at an appropriate time after the question of intervention is settled. Defendant's Combined Motion to Dismiss . . . [ECF No. 36] is **TERMED**; should the Government intervene and the case be reopened, Plaintiff and Intervenor will be given a deadline by which to respond to the Motion.

**DONE AND ORDERED** in Miami, Florida, this 18th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 16-23714-CIV-ALTONAGA/O'Sullivan

cc: counsel of record