IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHEHAN WIJESINHA,
*individually and on behalf of a class of
others similarly situated,*

    Plaintiff,

           v.                               Case No. 1:18-cv-24134-CMA

FAITH AND FREEDOM COALITION,

    Defendant.

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action against Faith and Freedom Coalition, Inc. shall be and hereby is dismissed with prejudice and without costs, disbursements or attorneys' fees to any party. The claims of the putative class are dismissed without prejudice.

DATED: June 28, 2019                         Respectfully submitted,

/s/ Raquel A. Rodriguez                By: /s/ Michael Eisenband
                                               Michael Eisenband

Raquel A. Rodriguez                      EISENBAND LAW, P.A.
Fla. Bar No. 511439                      515 E. Las Olas Boulevard, Suite 120
Christine M. Dimitriou                  Ft. Lauderdale, Florida 33301
Fla. Bar No. 99381                         Florida Bar No. 94235
rrodriguez@mcdonaldhopkins.com     Email:
cdimitriou@mcdonaldhopkins.com      MEisenband@Eisenbandlaw.com
MCDONALD HOPKINS LLC            Telephone: 954.533.4092
Southeast Financial Center, Suite 2600

200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 704-3990
Facsimile: (305) 704-3999

Steve Roberts *Pro Hac Vice*
Dennis W. Polio *Pro Hac Vice*
 HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
sroberts@hvjt.law
dwpolio@hvjt.law

*Counsel for Defendant*

Frank S. Hedin
HEDIN HALL LLP
Florida Bar No. 291289
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
fhedin@hedinhall.com
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

Ignacio J. Hiraldo
IJH LAW
Florida Bar No. 0056031
1200 Brickell Ave Suite 1950
Miami, FL 33131
ijhiraldo@ijhlaw.com
Telephone: 786.496.4469

Manuel S. Hiraldo
HIRALDO P.A.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2019, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants in the attached service list.

*/s/ Michael Eisenband, Esq.*
Michael Eisenband, Esq.